IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. PORTER,<br><br>      Plaintiff and<br>      Judgment Debtor,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant and<br>      Judgment Creditor. | Case No. 1:01-CV-06302-SMS<br><br>ORDER TO APPEAR FOR EXAMINATION FOR ENFORCEMENT OF JUDGMENT; ORDER TO PRODUCE DOCUMENTS AT EXAMINATION<br><br>Date:   January 16, 2009<br>Time:  9:30 a.m.<br>Courtroom:   7 |

TO:    RONALD L. PORTER, *IN PRO SE*

YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to furnish information to aid in enforcement of money judgments against you. Your appearance is ordered on January 16, 2009, at 9:30 a.m., in the Courtroom of the Honorable Sandra M. Snyder, United States Magistrate Judge, at the United States Courthouse, 2500 Tulare Street, Fresno, California, Courtroom No. 7.

If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney's fees incurred by the judgment creditor in this proceeding.

NOTICE IS FURTHER GIVEN that, under Federal Rules of Civil Procedure 69(a)(2) and 34, the judgment creditor requires that the judgment debtor Ronald L. Porter bring with him the following books, documents, and things that are in his possession, custody, or control:

////

1) Earnings statements for you and your spouse for the last six (6) consecutive pay periods.

2) Business records for you and your spouse for the last three (3) consecutive calendar/tax years which reflect assets, liabilities, gross receipts, expenses, and the amount of compensation and distributions paid to you and your spouse by any sole proprietorship, partnership or corporation in which you or your spouse have an interest.

3) Bank statements for the last twelve (12) consecutive months from all banks and financial institutions where you and/or your spouse have personal or business accounts of any kind.

4) All trust agreements in which you or your spouse are named as trustor, trustee, beneficiary or administrator.

5) All deeds, leases, contracts, and other documents representing any ownership interest you or your spouse have in any real property; all deeds of trust, mortgages, or other documents evidencing encumbrances of any kind on your or your spouse's real property; and all statements showing the present balances owing on any debts secured by such real property.

6) Documents showing your or your spouse's ownership or interest in stocks, bonds, or other securities of any kind, including options to purchase.

7) Registration papers for all motor vehicles, recreation vehicles or boats registered to you and/or your spouse, or used primarily by you and your spouse.

8) All permanent life insurance policies and papers in which you or your spouse are either the insured, owner or beneficiary; and all papers that show the present cash surrender value in any such policies.

9) All promissory notes and any other documents evidencing money owed to you or your spouse either now or in the future.

10) All loan applications and financial statements furnished by you or your spouse to any financial institution or commercial business within the last 12 months.

11) All deeds, bills of sale, or any other documents relating to any transfer of real or personal property made by you or your spouse, either by gift, sale or otherwise, within the last 12 months.

12) All documents relating to any interest you or your spouse have in any pension plan, retirement fund, profit sharing plan, disability plan, or any other deferred compensation plan; all papers showing monthly deposits and account balances.

13) Federal income tax returns for you and your spouse filed for the past three (3) consecutive tax years.

14) Copy of any lease or rental agreement relating to your residence, and to any other real property in which you have an interest.

15) All documents that relate to any other real or personal property in which you or your spouse have an interest.

IT IS SO ORDERED.

Dated:   November 10, 2008              /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE