1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10  RONALD L. PORTER,              ) 1:01-CV-6302-SMS
                                   )
11              Plaintiff,         ) ORDER DIRECTING DEFENDANT TO FILE
           v.                      ) OPPOSITION TO PLAINTIFF'S MOTION
12                                 ) TO OBTAIN DUE PROCESS (DOC. 129)
    SECRETARY OF THE NAVY,         ) NO LATER THAN DECEMBER 31, 2008
13                                 )
                Defendants.        ) ORDER DIRECTING PLAINTIFF TO FILE
14                                 ) ANY REPLY NO LATER THAN JANUARY
    _____) 9, 2009

15

16      Plaintiff proceeded with counsel in this Court with an

17  action pursuant to Title VII for damages and equitable and

18  injunctive relief concerning alleged employment discrimination;

19  judgment for Defendant was entered on January 11, 2005, and was

20  affirmed by the Ninth Circuit Court of Appeals. The appellate

21  court's mandate issued on or about May 21, 2007. Plaintiff now

22  proceeds pro se in connection with efforts on the part of the

23  Defendant to collection of the amount of costs taxed against

24  Plaintiff.

25      On December 8, 2008, Plaintiff served and filed a motion

26  concerning Defendant's attempts to recover costs that was

27  entitled, "Motion to Obtain Constitutional Right to Due Process

28  and Uphold Separation of Powers." (Doc. 129.) A hearing on the

1

1  motion is set for January 16, 2008.

2       Defendant IS DIRECTED to file notice of non-opposition or

3  opposition to the motion, complete with all pertinent legal

4  authorities, no later than December 31, 2008.

5       If Plaintiff chooses to file a reply, the reply shall be

6  filed no later than January 9, 2009.

7

8  IT IS SO ORDERED.

9  **Dated:    December 17, 2008**                    **/s/ Sandra M. Snyder**
                                             UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2