IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. PORTER, ) | Case No. 1:01-CV-06302-SMS |
| ) | |
| Plaintiff and ) | ORDER VACATING MARCH 6, 2009 |
| Judgment Debtor, ) | DEBTOR'S EXAMINATION |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant and ) | |
| Judgment Creditor. ) | |

    Pursuant to the request of the United States, the debtor's examination of Ronald L. Porter, currently on calendar for March 6, 2009, at 9:30 a.m. is hereby vacated.

IT IS SO ORDERED.

**Dated:   January 21, 2009**           /s/ Sandra M. Snyder
                                                               UNITED STATES MAGISTRATE JUDGE