IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. PORTER,<br><br>        Plaintiff and<br>        Judgment Debtor,<br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant and<br>        Judgment Creditor. | Case No. 1:01-CV-06302-SMS<br><br>ORDER TO RELEASE APPEAL BOND |

On January 16, 2009, Ronald L. Porter remitted to the United States in full the appeal costs taxed against him by the Ninth Circuit Court of Appeals. *See* Doc. #140. Accordingly, the Clerk of the Court shall return the $250.00 appeal bond posted with this Court on March 1, 2005,[1] by plaintiff's then attorney of record Elaine W. Wallace, by remitting payment to:

> Elaine W. Wallace
> Attorney at Law
> 2430 Palmetto Street, Suite Two
> Oakland, CA 94602

[1] *See* Docket Sheet for entry that would have been #111, had it been assigned a docket entry number.

Presented by:

LAWRENCE G. BROWN
Acting United States Attorney

By:    */s/ Bobbie J. Montoya*
      BOBBIE J. MONTOYA
      Assistant U.S. Attorney

1

1
2
3  IT IS SO ORDERED.
4  **Dated:   February 12, 2009**             /s/ **Sandra M. Snyder**
                                          UNITED STATES MAGISTRATE JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28